**2007–1795. State ex rel. Vaughn Industries, L.L.C. v. Reece.**

In Prohibition. Reported at 116 Ohio St.3d 1212, 2007-Ohio-6670, 878 N.E.2d 1050. On motion for reconsideration. Motion denied. Request for oral argument denied.

O'DONNELL and LANZINGER, JJ., dissent.

**2007–1924. State ex rel. Payne v. Glaeden.**

In Habeas Corpus. Reported at 116 Ohio St.3d 1434, 2007-Ohio-6518, 877 N.E.2d 987. On motion for reconsideration. Motion denied.

O'DONNELL, J., dissents.

**2007–1949. State v. Blackburn.**

Guernsey App. No. 06 CA 37, 2007-Ohio-4282. Reported at 116 Ohio St.3d 1436, 2007-Ohio-6518, 877 N.E.2d 988. On motion for reconsideration. Motion denied.

MOYER, C.J., and PFEIFER and O'DONNELL, JJ., dissent.

# CASE ANNOUNCEMENTS

*February 7, 2008*

[Cite as *02/07/2008 Case Announcements,* 2008-Ohio-441.]

## MOTION AND PROCEDURAL RULINGS

**2007–0525. Nadra v. Mbah.**

Franklin App. No. 06AP–829, 2007-Ohio-501. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion of appellants' and amicus curiae State of Ohio to participate in oral argument on February 27, 2008,

It is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellants.

**2007–1408. Cassarlie v. Shell Oil Co.**

Cuyahoga App. No. 88361, 2007-Ohio-2633. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellants' motion to seal their supplement,

It is ordered by the court that the motion is granted.

**2007–1850. Carriero v. Cincinnati Ins. Co.**

Cuyahoga App. No. 89037, 2007-Ohio-4171. This cause came on for further consideration of appellant's motion for relief from judgment,

It is ordered by the court that the motion is denied.

**2008–0238. Springfield v. Dot.Com Invest. Holdings, Ltd.**

Clark App. Nos. 2008CA04, 2008CA05, 2008CA06, and 2008CA07. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellants' motion for stay of the court of appeals' judgment,

It is ordered by the court that the motion is denied.